# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS*

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
*Casey & Barnett, LLP*
*154 South Livingston Avenue, Ste 106*
*Livingston, NJ 07039*

\*   Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

mfc@caseybarnett.com
Direct: 646-362-8919

December 15, 2020

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *In re M/V Honor*
                19 cv 0923 (OTW)

Dear Honorable Judge Wang:

      We represent Plaintiff HDI Global a/s/o Daimler AG in the captioned litigation and write on behalf of all parties to provide a status on developments in the case since our last report on September 16, 2020.

      While we did indicate in our last report that we were hopeful of conducting certain crew member/officer depositions this fall, unfortunately we were unable to do so. We are hopeful that the new pandemic restrictions will ease as the new year progresses and we will be in a position to conclude some or all of these depositions prior to our next report.

      We continue to await the "re-opening" of Germany so that we can schedule/conduct of the depositions of witnesses located in Bremerhaven, where the vehicle alleged to have started the fire was loaded.

      Finally, the undersigned and Mr. Meehan continue to discuss potential settlement of the claims against Vessel interests and are hopeful that progress can be reported on this issue prior to our next report.

      The parties propose that a further status report be submitted to Your Honor on or before March 15, 2021.

                                        Respectfully submitted,
                                        **CASEY & BARNETT, LLC**
                                        *Attorneys for Plaintiff HDI Global SE*

                                        *Martin Casey*
                                        Martin F. Casey

M/V Honor  December 15, 2020
Attn: Hon. Ona T. Wang  Page 2

cc:  Hill Rivkins LLP
     45 Broadway, Suite 1500
     New York, New York 10006
     Attn: John J. Sulivan, Esq – (jsullivan@hillrivkins.com)
     *Attorneys for Plaintiff Tokio Marine Americas Insurance Company*

     Freehill Hogan & Mahar LLP
     80 Pine Street
     New York, New York 10005
     Attn: Wayne D. Meehan, Esq. – (meehan@freehill.com)
     *Attorneys for Vessel Defendants*

     Rubin, Fiorella, Friedman & Mercante LLP
     630 Third Avenue
     New York, New York 10017
     Attn: Michael E. Stern, Esq. – (mstern@rubinfiorella.com)
     *Attorneys for Defendant International Auto Logistics, Inc.*